UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT        :
COUNCIL OF CARPENTERS PENSION FUND,           :
WELFARE FUND, ANNUITY FUND et al.             :
: 22-CV-0252 (JMF)
Plaintiffs,        :
: ORDER
-v-                :
:
SHEA BROTHERS, L.L.C., and MORRIS-SHEA       :
BRIDGE COMPANY, INC.,                         :
:
Defendants.        :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The conference scheduled for **April 12, 2022** at **4:30 p.m.** will be held **remotely by telephone** in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      It is further ORDERED that Plaintiffs serve Defendants via overnight courier (1) with a copy of this Order within **one business day of the date of this Order**; and (2) with a copy of the motion for default judgment and all supporting papers within **one business day** of the date of any such motion.  In each case, within **two business days of service,** Plaintiffs must file proof of such service on the docket.

      SO ORDERED.

Dated: April 4, 2022
      New York, New York
                                                        JESSE M. FURMAN
                                                        United States District Judge