UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT     :
COUNCIL OF CARPENTERS PENSION FUND,        :
WELFARE FUND, ANNUITY FUND et al.,         :
:                       22-CV-0252 (JMF)
Plaintiffs,             :
:                            ORDER
-v-                                        :
:
SHEA BROTHERS, L.L.C., and MORRIS-SHEA     :
BRIDGE COMPANY, INC.,                      :
:
Defendants.            :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Counsel for Defendants shall enter an appearance on the docket by tomorrow, **April 13, 2022**;

- The parties are directed to meet and confer and, no later than **April 29, 2022**, file a status report providing an update on whether settlement negotiations have been successful, any steps that the Court can take to facilitate a resolution (i.e., referral to the assigned Magistrate Judge or to Court-annexed Mediation), and, if no resolution has been reached, proposed next steps in this litigation; and

- The motion for entry of default judgment will be held in abeyance.

SO ORDERED.

Dated: April 12, 2022
       New York, New York
                                                  _____
                                                  JESSE M. FURMAN
                                                  United States District Judge