

40 Broad Street, 7th Floor
New York, NY 10004
Tel. (212) 943-9080
Fax (212) 943-9082

**Adrianna R. Grancio**
Associate
agrancio@vandallp.com

April 28, 2022

> SO ORDERED. Plaintiffs are ordered to serve Defendants with the complaint by no later than **May 3, 2022,** and to promptly file proof of such service on the docket. The initial pretrial conference is rescheduled for **June 28, 2022**, at **4:00 p.m.** See ECF No. 8 for instructions regarding, among other things, the joint letter and case management plant that the parties are required to submit the Thursday of the week prior to the conference. The Clerk of Court is directed to terminate ECF No. 24.

<u>Via ECF</u>

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*[signature]*

RE:  *Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Shea Brothers, L.L.C., et al.*, 22 CV 0252 (JMF)

April 29, 2022

Dear Judge Furman:

This firm represents the Plaintiffs (the "Funds") in the above-referenced action. We write to notify the Court that Plaintiffs respectfully withdraw their motion for default judgment against Defendants without prejudice to renew, filed at Dkts. 24-29. We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/
Adrianna R. Grancio, Esq.
*Attorneys for Plaintiffs*

Cc: Marc A. Rosen, Esq. (via ECF)